

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

October 25, 2024

**VIA ECF**
Hon. Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Agnone v. Santoni North America, LLC*
            Docket No. 2:24-cv-05273-RPK-ARL

Dear Judge Kovner:

    I represent the defendant in this matter. I write with the consent of Plaintiff's counsel to notify the Court of a settlement in principle between the parties and to request that all deadlines, including today's deadline to respond to the Complaint (Dkt. No. 5), be suspended *sine die*. The parties intend to finalize the settlement and submit a proposed consent decree for judicial approval within the next 30 days.

    Thank you for your attention to this matter.

                                                Respectfully,

                                               *Peter T. Shapiro*

                                               Peter T. Shapiro
                                               LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:    All Counsel (via ECF)